14621.   BROWN *v.* ATLANTA NORTHERN RAILWAY CO.

BELL, J. The Supreme Court, on certiorari, having reversed the judgment of this court by which a new trial was ordered solely because of an alleged error in the charge of the court (see *Brown* v. *Atlanta Northern Ry. Co.,* 31 *Ga. App.* 429 (2), 120 S. E. 677), that judgment is hereby vacated and the opinion withdrawn in so far as it relates to such alleged

error; and the judgment of the trial court overruling the plaintiff's motion for a new trial stands affirmed.

*Judgment affirmed. Jenkins, P. J., and Stephens, J., concur.*

DECIDED DECEMBER 15, 1924.

Damages; from Cobb superior court—Judge Blair. May 5, 1923.

*Mozley & Gann, H. B. Moss,* for plaintiff.

*Colquitt & Conyers, John T. Dorsey,* for defendant.